UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  2:25-cv-1013-PD                                                       Date: August 14, 2025

Title       *Kirk Kara Corp. v. Oriental Trading Company, Inc. et al*

Present:  The Honorable Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):  ORDER TO SHOW CAUSE**

      On February 5, 2025, Plaintiff Kirk Kara Corp. ("Plaintiff") filed a complaint.  [Dkt. No. 1.]   The case was assigned to Magistrate Judge Patricia Donahue.  On February 6, 2025, upon Plaintiff's request [Dkt. No. 5], the Court Clerk issued a summons as to Defendant Oriental Trading Company, Inc. ("Defendant").  [Dkt. No. 7.]   Also on February 6, 2025, the Court Clerk filed a Notice of Assignment to a U.S. Magistrate Judge and Declination of Consent ("Notice of Assignment").  [Dkt. No. 6.]  Pursuant to Federal Rule of Civil Procedure ("Rule") 4(m), Plaintiff is required to serve the summons and complaint on each defendant within ninety (90) days after the complaint is filed or risk dismissal of the action without prejudice against the unserved defendant(s).  *See* Fed. R. Civ. P. 4(m).  Pursuant to Central District of California Local Civil Rule ("Local Rule") 73-2.1, Plaintiff is required to serve the Notice of Assignment on each newly served party or party added to the case at the time of service of the summons and complaint or other initiating document.  *See* C.D. Cal. L.R. 73-2.1; *see also* Notice of Assignment.  Accordingly, Plaintiff was required to serve the summons, complaint, and Notice of Assignment on Defendant **by no later than May 5, 2025**.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:25-cv-1013-PD					Date: August 14, 2025

Title        *Kirk Kara Corp. v. Oriental Trading Company, Inc. et al*

On May 15, 2025, Plaintiff filed a proof of service on Defendant Oriental Trading Company, Inc. [Dkt. No. 12.] On May 30, 2025, Plaintiff filed a notice of dismissal of Defendant Oriental Trading Company, Inc. without prejudice. [Dkt. No. 14.]

On May 30, 2025, Plaintiff filed a notice of Doe amendment naming Click Here 2 Shop, LLC as Doe 1. [Dkt. No. 13.] On June 5, 2025, the Court approved Plaintiff's request and Click Here 2 Shop, LLC was named as a defendant. [Dkt. No. 16.] On June 24, 2025, Plaintiff requested the Court Clerk to issue a summons as to Defendant Click Here 2 Shop, LLC. [Dkt. No. 17.] The Clerk issued a summons to Defendant Click Here 2 Shop, LLC on July 1, 2025. [Dkt. No. 18.]

As of the date of this Order, Plaintiff has failed to file a proof of service of the Summons, Complaint, and Notice of Assignment on Defendant Click Here 2 Shop, LLC. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE by no later than August 29, 2025** why this action should not be dismissed with prejudice for failure to prosecute. Plaintiff may discharge this Order by filing a proof of service.

IT IS SO ORDERED.