UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:25-cv-1013-PD                                                    Date: October 9, 2025

Title       *Kirk Kara Corp. v. Oriental Trading Company, Inc. et al*

Present: The Honorable Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**   **Continuance of Order to Show Cause Re: Service of Process on Defendant Click Here 2 Shop, LLC**

On September 10, 2025, the Court issued an Order to Show Cause (the "Order") regarding service of process on Defendant Click Here 2 Shop, LLC ("Defendant"). Dkt. No. 21. The complaint was filed on February 5, 2025. Dkt. No. 1. The summons for Defendant was issued on July 1, 2025, following Plaintiff's doe amendment on June 5, 2025. Dkt. Nos. 16, 18.

The Court ordered Plaintiff to show cause in writing by October 3, 2025, why this action should not be dismissed for failure to effectuate service under Federal Rules of Civil Procedure 4(m). Dkt. No. 21.

On October 3, 2025, Plaintiff filed a response asking that the Order be discharged or continued. Dkt. No. 22. Plaintiff has attempted to serve Defendant six times at the registered agent's address, and once at a member's address. Dkt. Nos. 22-1 at 2; 22-2 at 2. Plaintiff also sent an email containing the complaint, summons, and Notice of Assignment to three known email addresses for Defendant. Dkt. No. 22-1 at 2. Plaintiff has made these service attempts between August 5 and September 26, 2025. As a result, Plaintiff requests leave to file a motion for alternate service within two weeks of its response. Dkt. No. 22 at 2.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:25-cv-1013-PD                                                                 Date: October 9, 2025

Title     *Kirk Kara Corp. v. Oriental Trading Company, Inc. et al*

    Based on the foregoing, the Court continues the Order to Show Cause for Plaintiff to file its motion for alternate service.  Lastly, the Court notes that the Declarations of Non-Service in Plaintiff's response to the Order state, "Notice of Assignment".  *See* Dkt. No. 22-2. 22-3.  Plaintiff is reminded that any proof of service must specifically refer to the document as the "Notice of Assignment to a U.S. Magistrate Judge and Declination of Consent."

    Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE <u>by no later than October 17, 2025</u>** why this action should not be dismissed without prejudice for failure to prosecute.  Plaintiff may discharge this Order by filing a proper proof of service or filing a motion for alternate service.

    IT IS SO ORDERED.